UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              CR. NO. 23-20562
                                HON. LINDA PARKER

PATRICK WIMBERLY,

    Defendant.

_____/

**EXPARTE MOTION FOR LEAVE
TO FILE AN EXHIBIT USING THE MEDIA FILE UPLOAD**

    NOW COMES the undersigned, and pursuant to the Electronic Filing Policies and Procedures, seeks leave of this Court to file an exhibit via the electronic portal "Media File Upload" in CM/ECF.

    An Exhibit to Defendant's Sentencing Memorandum cannot be converted to PDF due to it being a media/audio file.

1

For the foregoing reasons, the undersigned respectfully requests that this Court grant the leave sought in this motion.

Respectfully submitted,

**FEDERAL COMMUNITY DEFENDER**
s/ Nancy McGunn
Attorney for Patrick Wimberly
613 Abbott Street, Suite 500
Detroit, Michigan 48226
(313) 967-5846
nancy_mcgunn@fd.org

Dated: July 9, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification to opposing counsel.

**FEDERAL COMMUNITY DEFENDER**
**EASTERN DISTRICT OF MICHIGAN**

s/Jennifer Mellas
JENNIFER MELLAS
Paralegal
Federal Defender Office