UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                      CASE NO. 23-CR-20562

v.                                  HON. LINDA V. PARKER

D-1 PATRICK WIMBERLY,

      Defendant.
_____/

## STIPULATION AND ORDER
## TO ADJOURN SENTENCING

The parties stipulate to continue the sentencing date in this matter from July 23, 2025, to August 14, 2025, at a time to be determined by the Court. The government requires additional time to compile supplemental information in order to adequately prepare for sentencing.

      IT IS SO STIPULATED.

Respectfully submitted,

| s/Eaton P. Brown | s/Nancy McGunn & Natasha Webster (w/ consent) |
|---|---|
| Eaton P. Brown | Nancy McGunn & Natasha Webster |
| Assistant U.S. Attorney | Attorneys for Patrick Wimberly |
| 211 W. Fort Street | 613 Abbott Street, Suite 500 |
| Detroit, MI  48226 | Detroit, MI  48226 |
| (313) 226-9184 | (313) 967-5846 |
| Eaton.Brown@usdoj.gov | Nancy_McGunn@fd.org |

1

Date: July 10, 2025

**IT IS SO ORDERED** that the sentencing date in this matter is adjourned from July 23, 2025, to **August 14, 2025** at **11:30 a.m.**

                                                   s/ Linda V. Parker
                                                   LINDA V. PARKER
                                                   U.S. DISTRICT JUDGE

Dated: July 14, 2025

IT IS THEREFORE ORDERED that the trial in this case will be continued and that the following deadlines will apply to these proceedings:

**Pretrial Motions Deadline:**

**Plea Cut-Off / Final Pretrial Conference:**

**Trial:**

                                                  Hon. Linda V. Parker
United States District Judge

Entered:_____