UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                            CR. NO. 23-20562
                                             HON. LINDA PARKER

PATRICK WIMBERLY,

                Defendant.
_____/

## INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit A | Letters of Support |
| Exhibit B | Letter from Patrick Wimberly |
| Exhibit C | Sentencing Video<br>Filed under Local Rule R19(c) |
| Exhibit D | Video Transcript |