UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                                    CR. NO. 23-50936
            Plaintiff,              HON. LINDA PARKER

v.

PATRICK WIMBERLY

            Defendant.
_____/

# Exhibit "A" Letters of Support



**The International**
**Church of Metro Detroit**
Art Wilson, Pastor

31650 Van Born Road
Wayne, MI 48184
phone 734-403-3084
fax 734-955-2441

Bethany Wilson, Secretary

June 28th, 2025

Honorable Linda V. Parker
United States District Court Judge
231 W. Lafayette
Detroit, MI 48226

Dear Judge Parker,

My name is Art Wilson and I am the Pastor of The International Church of Metro Detroit. I have ministered in the Inkster area for over 25 years and have always taken pride in contributing to and supporting the well-being of our community.

I am writing to offer my heartfelt support for Mr. Patrick Wimberly, whom I have known for a number of years. From the moment I met our Mayor Patrick Wimberly, I have come to know him as someone who deeply values his community, his relationships, and his personal growth. Through the years, I have observed the true passion Patrick has had for our community. He has worked with us and the people of the community personally. Even though this is a tough time for him and his family, he has continued to work tirelessly to better his community.

Just a few months ago our church faced a tragic issue with the power in the building. While visiting our church, Patrick heard the issue announced and personally worked tirelessly with all parties involved to remedy this great issue. His support saved the church a possible eviction due to no power and months of stress and finances!! This is Patrick Wimberly! He attends community meetings and spends time engaging in dialogue with those who have no voice. While he was mayor, our city was in the best position that I have observed in 25 years. I could provide personal testimony of the business owners and community leaders that stand strongly with Patrick Wimberly.

I strongly request that you allow Patrick Wimberly to return back to his community and continue his mission to help us move forward. Patrick had organized a, "Think Tank" of community business owners that communicated about ideas for a better Inkster and the team was very close to creating a new development similar to the famous Detroit Shipping Company.

It amazes us as we witness Patrick's character and integrity continue to stay strong as he goes through many struggles. He has continued to serve his community and visit churches and businesses regularly. We are always glad to see him visit our church!  When possible, he stays late, and makes sure everyone gets a chance to speak with him and feel included. That kind of dedication and compassion is something you don't see every day from political figures and it has left a lasting impression on us all.

Scanned with
CS CamScanner



The
**International**
Church of Metro Detroit
Art Wilson, Pastor

31650 Van Born Road
Wayne, MI 48184
phone 734-403-3084
fax 734-955-2441

Bethany Wilson, Secretary

Patrick is not perfect, none of us are, but I believe with all sincerity that he is someone who has the heart and strength to grow from his mistakes. I am aware that Mr. Wimberly has pleaded guilty and takes responsibility for his actions. However, I hope, Your Honor will consider the full person that Patrick is. He has to this day no criminal record and as a middle age man he has proven his dependability. He is a man who loves his family, who has positively impacted those around him, and who has the capacity to be a contributing, responsible member of society moving forward.

Our church has a full 501c(3), ICDUSA.ORG program that has worked with the state of Michigan for over 30 years and has offered many services at no cost to the individual (community service, development counseling, leadership training) we specialize in community development on an international level. (See attachments)

Please let us know if we can be of any further assistance. I also offer to appear for court to give my personal thoughts and support on Patrick's behalf.

Thank you for your time and consideration.

Respectfully,

Pastor Art Wilson EdD
The International Church of Metro Detroit
31650 Van Born Road
Wayne, MI 48184

www.theinternationalchurch.org

theinternationalchurch.org

Scanned with
CS CamScanner

| | |
|---|---|
| **From:** | Clarice Rochell |
| **To:** | Nancy McGunn |
| **Subject:** | Letter of Support |
| **Date:** | Monday, June 16, 2025 8:02:34 PM |

You don't often get email from ██████████████. Learn why this is important

**EXTERNAL SENDER**

Clarice Rochell

███████████████████████

June 16, 2025

Honorable Linda V. Parker
United States District Court Judge
231 W. Lafayette
Detroit, MI 48226

Dear Judge Parker,

My name is Clarice Rochell, and I am a lifelong resident of the Metro Detroit area. I have known Patrick Wimberly for over 30 years, since we were both children growing up in Inkster. I am writing to you today as someone who has had the privilege of witnessing the positive impact Patrick has made in the lives of those around him, including my own.

Growing up in our community wasn't always easy. Many of us faced hardships that often felt impossible to overcome, and I personally grew up in a household affected by domestic violence. During those formative years, Patrick was a consistent and comforting presence in my life. He helped guide me through high school and young adulthood, always encouraging me to see my own worth and to envision a future beyond the struggles I faced at home. The police were regular visitors due to the violence in my home, and in those moments, Patrick was often the one who helped me make it through. He became a protector—a brother when I needed one, a steady friend, and a guide during difficult times.

Patrick has always had a deep sense of responsibility toward those around him. He is a father, brother, uncle, cousin, and soon-to-be husband. He plays a vital role within his family, and he is also an important figure in his community. In a city that has experienced so much hardship, Patrick has become a source of hope and guidance—especially for young men who often feel like they have no future to look forward to. His care, his wisdom, and his presence matter. He has made mistakes, but those mistakes do not define who he is or the positive impact he has had and continues to have.

I respectfully ask that you take into account the full scope of who Patrick is when

determining his sentence. He is more than the charges he faces—he is a man who has made efforts to uplift others, who has helped guide people like me toward a better path, and who still has much to give to his family and community. I support Patrick fully and believe he has the potential to continue being a positive and transformative presence in the lives of those who know him.

Respectfully,

Clarice Rochell

█████████

Taylor MI  48180

████████████████

| | |
|---|---|
| **From:** | Diamond-Jade Love |
| **To:** | Nancy McGunn; Patrick Wimberly |
| **Subject:** | Letter of support |
| **Date:** | Thursday, July 3, 2025 6:21:18 PM |

You don't often get email from ███████████   Learn why this is important

EXTERNAL SENDER

# Honorable Linda V. Parker
# United States District Court Judge
# 231 W. Lafayette
# Detroit, MI 48226

## Dear Your Honor,

My name is Diamond-Jade Love and I'm the oldest daughter of Patrick Wimberly. I'm not biologically his daughter, which A LOT of people don't know but he never made me feel any other way! A lot of men run from being fathers but he stepped up as one.

I've known him my entire 28 years of living and he has taught me so many life lessons one in which was "ATTITUDE DETERMINES ALTITUDE". When I was in middle school I got in trouble at school for my attitude, he made me write that phrase 100 times each, I would never forget that! Worse than any punishment but them words always stuck with me because having a positive attitude or mindset do in fact attract greater opportunities and I really use that in my everyday life now as an adult with a child myself!  I also not only experienced him as my dad but as my BOSS! When I was employed by him for two and a half years, everyone was like cool you work for your dad, it must be easy but NO! He treated me as he would his other employees. He held me accountable and his expectations for me were above the roof because I represented him. He made our work environment feel like love and family! He has been the mantle of fathering for myself and many of my cousins who also came over every weekend growing up when their parents had to work. (The mantle of fathering is spiritual authority and assignment to cover, cultivate, correct and call forth the destiny of others - whether or not you're their biological parent.) he has been that to not only my siblings and I but for families in the community; that don't even live in his home.
A major characteristic of Patrick Wimberly, my dad is his SELFLESSNESS! I really never understood growing up his logic of thinking. He always let family stay with us, I can count a handful of times growing up he let family or friends stay with us when they didn't have a place to go, and I always wondered like "Dang, they don't have anywhere else to go" and I

watched him give at times when I know he didn't have it! He always has went above and beyond for people who couldn't do the same for him. Growing up with my dad, he always had me with him at his work sports events or anything they had going on and all you would hear is "that's your dad" I love "Mr.Patrick" from this kids to the adults. I would hear stories from how he helped kids get back on the bus after being suspended off while working for transportation to rehiring people who should had remained fired because he believed in chances and people indeed do make mistakes that they can come back from.

Although I know my dad has pleaded guilty to the charges that were brought upon him, I believe he should get another chance in society and jail wouldn't do him any good because this is his first offense and he does more good for the community than harm!
Thank you for your time and I pray that my words will have some good effect on the outcome of his sentencing.

Sincerely, Diamond-Jade Love
███████████
Sarasota, Fl
███████████

Elonda Fetwi

██████████

Detroit, MI 48224

██████████

July 1, 2025

Honorable Linda V. Parker
United States District Court Judge
231 W. Lafayette
Detroit, MI 48226

Dear Judge Parker,

My name is Elonda Fetwi, and I am a devoted member of the
Inkster/Detroit community. I am currently a homemaker and
mother of two, and I'm also a small business owner and
seamstress. I have lived in this area for many years and have had
the privilege of knowing Mr. Wimberly for a significant portion
of that time. Over the years, our families have grown close, and
I consider him not just a friend, but part of my extended family.

Mr. Wimberly has had an incredibly positive impact on my life
and in the lives of many others in our community. He is a natural
giver always putting others before himself and going out of his
way to support those in need. I've seen him offer his help
without hesitation, even to people he doesn't know. He is the
type of person who would give the clothes off his back to help
someone else literally. That selflessness is just part of who he is.

On a very personal note, my daughter Zuri lost her father at a
young age. Despite not being her biological family, Mr.
Wimberly has never missed a single holiday or special occasion
to make sure Zuri feels remembered and loved. He has stepped
in to brighten her life in ways that words truly cannot express.
He didn't have to be there, but he always has been. That kind of
love and commitment says everything about his character.

Mr. Wimberly is also an amazing father to his own children. He
is involved, loving, and deeply dedicated to raising them with
strong values and integrity. He is a man of his word, dependable,
and has never let down those who rely on him. Everyone who
knows him respects him and more importantly, loves for the

compassionate and honorable man he is.

I understand that Mr. Wimberly has pleaded guilty, and I recognize the seriousness of this situation. With that understanding, I respectfully ask Your Honor to consider the full scope of Mr. Wimberly's character. He is not just a defendant, he is a father, a family man, and a deeply rooted member of our community. I believe wholeheartedly in his ability to continue making a positive impact and to be a force of good in all of our lives.

Please consider showing leniency in his sentencing. Mr. Wimberly is supported by so many of us who know the real man he is, and we are hopeful he will be given the opportunity to continue being the blessing he has always been to our lives.

Respectfully,

Elonda Fetwi   7.5.2025

Detroit, MI 48224

Honorable Linda V. Parker
United States District Court Judge
231 W. Lafayette
Detroit, MI 48226

Your Honor:

I am writing with sincere respect to ask the Court to consider leniency in the sentencing of Patrick Wimberly, who I've known since 2022 when I was an administration assistant, a member of his administrative team. My duties included answering phone calls, triaging visitors, scheduling and preparing staff meetings and greeting visitors, typing emails and other correspondence, helping write and put together a quarterly newsletter and other duties.

During the time I worked under the mayor and his Executive Assistant's supervision at Inkster City Hall, I came to know Patrick as a person of integrity, dedication, and compassion. He consistently treated staff with respect and encouraged a supportive and inclusive workplace. I was particularly moved by his sincere concern for the residents of Inkster making sure homeowners in danger of losing their homes were given more time to raise delinquent taxes to keep them. He boosted city pride by hosting music and homecoming festivals that were well attended and appreciated by Inkster residents. Under his administration Inkster was able to procure grants for updating the Senior Center in the Dozier Recreation Center, obtaining funds to purchase a much needed fire truck for the fire department and for updating/renovating a new library for the city. He hosted lunch meetings with local business owners to listen to their concerns and ask for their input.

A large population of Inkster are seniors and Mr. Wimberly instructed me to always forward their calls if they preferred to speak with him directly.

He felt particularly responsible for making sure they were heard and received help quickly.

City Hall employees respected Patrick who was easily approachable and did his best to address any concerns we had. I also understand that during his term in office, he was able to attract businesses that infused monies into the city coffers and put Inkster back in the black fiscally—all this when the first half of his tenure was during the societal and business constraints of COVID.

Patrick Wimberly has always been socially conscious and genuine about his intent to help bring his hometown back to its former glory.

I understand that he pled guilty to bribery, and I am in no way excusing any wrongdoing. However, I respectfully ask the Court to also take into consideration Patrick's history of good character, community service, and the positive impact he had on so many lives—including my own. He didn't have to hire me, a 65 year retiree whose office skills were electric typewriters from the last century.

I truly believe that Patrick Wimberly has the capacity for growth, restitution, and continued service to society. A more lenient sentence would allow him the opportunity to contribute meaningfully to the community once again.

Thank you for taking the time to consider this letter. I trust the Court will be wise and fair in its sentencing decision regarding Mr. Wimberly.

Sincerely,

*Ivy J. Rasool*

Ivy J. Rasool

Dearborn Heights, MI 48127

James Richardson

████████████

Inkster, MI 48141

█████████████

███████████████

June 30, 2025

The Honorable Linda V. Parker

United States District Court Judge

231 W. Lafayette Boulevard

Detroit, MI 48226

RE: Character Reference for Mr. Patrick Wimberly

Dear Judge Parker,

My name is James Richardson, and I am a Senior Process Coach at Ford Motor Company. I have been a proud resident of Inkster, Michigan, for over 40 years and an active member of this community. I am writing to you in support of Mr. Patrick Wimberly, whom I have known for more than 35 years as both a friend and a colleague.

Over the decades, I have come to know Patrick as a deeply loyal, compassionate, and community-oriented individual. One especially impactful example of his character occurred approximately four or five years ago, when the Inkster Community Youth Football League experienced an overwhelming registration of more than 200 children—despite having resources to support only half that number. This program plays a vital role in keeping local youth engaged, safe, and off the streets. When Patrick learned of the shortfall, he stepped up without hesitation and personally sponsored 100 children so that no one would be turned away.

Patrick's involvement went far beyond financial support. He was a constant, hands-on presence throughout the season—attending every practice, assembling equipment,

ensuring each child had a proper uniform, and providing mentorship and encouragement. He also took it upon himself to make sure the children were fed after every practice and game, often organizing volunteers to cook meals. For some of these children, those meals were the only substantial food they had that day. Patrick did all of this quietly, expecting no recognition, simply because he cared.

I understand that Mr. Wimberly has entered a guilty plea, and I do not offer this letter to excuse his actions. I fully recognize the seriousness of the matter before the Court. However, I respectfully ask that Your Honor also consider the full picture of Patrick's character—a man who, despite his mistakes, has demonstrated integrity, generosity, and an ongoing commitment to his family and community.

Patrick has always been someone who values his loved ones. He speaks often and proudly about his children and the future he wants to build for them. He has been a positive influence in our neighborhood, frequently mentoring younger individuals and encouraging them to stay in school, avoid trouble, and work hard to make better choices.

It is my belief that, with continued guidance and support, Patrick can and will continue to make meaningful contributions to his community. I hope the Court will take into account the positive impact he has had on so many lives, including mine. I remain committed to supporting Patrick as he works to move forward.

Thank you for your time and thoughtful consideration.

Respectfully,

*James Richardson*

James Richardson



Honorable Linda V. Parker
United States District Court Judge
231 W. Lafayette
Detroit, MI 48226


June 29, 2025


Dear Judge Parker:

I am Jason Dixon, CEO of Strategic Alliance Community Development Corporation (SACDC). SACDC is a sustainable community development organization that provides broadband training and implementation to low-moderate income communities.

I know Mr. Wimberly was mayor of Inkster; I didn't know him prior to his appointment as mayor. Mr. Wimberly was in office, as SACDC brought economic development to the city. Because SACDC had a relationship with Flagstar Bank and Inkster did not have a financial institution, we approached Mr. Wimberly during his first ninety days in office; the approach was a strategic plan to bring Flagstar Bank, Nokia for training and implementation of broadband, and Chauncey Billups to uplift Inkster residents' spirit.

Throughout this time, COVID was onset. Mr. Wimberly was apprehensive about doing large-scale projects such as ours, due to his being very concerned about residents' safety and well-being. Mr. Wimberly requested masks to be issued to first responders. We thought that his wanting masks showed responsibility and leadership. We were able to get masks for not only Inkster, but also Highland Park and River Rouge; Flagstar Bank provided the masks because of Mr. Wimberly's character and thoughtfulness with regards to Inkster residents' safety.

In addition to the masks being provided for the residents due to Mr. Wimberly's request, he entrusted SACDC to negotiate with Flagstar Bank to install a state-of-the-art ATM due to its audio and visual technologies; this ATM is located at the intersection of Michigan Avenue and Inkster Road. Due to this ATM's location, it increases safety and brings revenue to the shopping plaza for economic stability. At that time, this ATM was the only means for financial access to Inkster residents.

Our relationship had now truly become one of economic advancement for the residents of Inkster, including Southeast Michigan residents as a whole. Fast forward, there was a negotiation of SACDC and Nokia as a 37 billion dollar corporation that would bring training to Southeast Michigan residents to install fiber optics, routers, and switches (broadband).

This training would need a facility that's conducive for this type of opportunity. Initially, the training facility was set to be located at the old Chase Bank building on Michigan Ave in Inkster; however, the purchase of that real-estate deal was derailed. At the midnight hour, Mr. Wimberly stepped in, and he went to Inkster City Council to request the sale of Inkster's former City Hall to save the deal between Nokia and SACDC by proposing Inkster's former City Hall. This demonstrated that Mr. Wimberly understood the magnitude of such undertaking for Southeast Michigan's residents.  It must be mentioned that the former City Hall had been dilapidated since 2013, with four feet of water across ten thousand square feet of its basement, with files from as early as 1962; the building has now been remediated with an air quality clearance. Patrick Wimberly brought in the North American Vice President of Nokia-Mr. Mike Allison to speak with City Council on SACDC's behalf.

The impact of this decision to sell the City Hall to SACDC has garnered a national partnership between Nokia and SACDC. This broadband training implementation will reduce the wealth gap in low to moderate income communities, add value to real-estate, and attract advanced manufacturing to our region. Now, Inkster is a part of "A Route to A Smart City" initiative with partnerships that include SACDC, Flagstar Bank, Kellog National Foundation, Festo, Connect Humanity, University of Michigan School of Sustainability, Chauncey Billups Foundation, Communications Workers of America Retirees Union, Coalition of Black Trade Unionist (CBTU), A. Phillip Randolph, and other leaders of Southeast Michigan.

In closing, I understand Mr. Wimberly pled guilty. The beacon of light that has been brought to Inkster due to Mr. Wimberly's intervention is one of economic advancement for Inkster residents and all of Southeast Michigan residents for years to come.

I, Jason Dixon, on behalf of SACDC, thank Mr. Wimberly for believing in SACDC and participating with us to accomplish these hefty goals.

Sincerely,

Jason Dixon
16633 Livernois
Detroit, MI 48221
(313) 433-2636

## Letter of Support

Dear Honorable Judge Parker,

My name is Khalil Hamilton. I work down in Birmingham Country Club as an event server. I've done a few things over the years with previous employers for my community, such as join coat drives, donate coats for kids, and have been involved in multiple different charities.

Mr. Wimberly, who is not only a childhood friend to my stepfather but also my brother-in-law — I've known Mr. Wimberly for 4 years plus. From my time of knowing him, he's been more of just a friend but family. I truly see him as a brother, a best friend. He's always been an amazing supporting spirit and voice of reason when I have needed it. Not only has he always been there for me and has been supportive, he listens, he shows up for everyone — from family to people he loves down to his community. I've seen him put events together to bring the community together for the most amazing causes to invest back into his city and people.

From the time that I've met him, I've seen him sacrifice so much for everyone around him, even when dealing with challenges. He has always done everything with great heart and good intentions.

I am writing this letter with full understanding of Mr. Wimberly's guilty plea, but I also humbly ask to spare not only my brother-in-law but a father, leader, a son, role model, a God-fearing man and a husband, but a man who has always moved with integrity.

I think in life we all make mistakes on our journey, some greater than others, but I know that Mr. Wimberly, my brother, has a great heart. There is not a cell in my body that believes he would ever be a problem to society, given a lenient second chance.

He is truly loved and supported by his loved ones and community, but it would be an even greater deal to have him with us.
Thank you!

Respectfully,
Khalil Hamilton
Phone: ███████████
Address: ███████████████, Westland, MI 48186

June 26, 2025

Honorable Linda V. Parker
United States District Court Judge
231 W. Lafayette
Detroit, MI 48226

Dear Judge Parker,

My name is Kristin Burney, and I am writing in support of my brother-in-law, Mr. Patrick
Wimberly. I currently serve as the Executive Director for New Step Community Development
Corp (Inkster, MI) and work as a Project Manager with Kennedy's Care Enterprise Inc. I've lived
in Inkster, Michigan for many years and remain actively involved in the community through my
professional and personal work.

I first met Patrick in 2001 when we were coworkers, and over time, that professional relationship
evolved into family when I married his brother in 2006. I've known him for over two decades,
and in that time, I've had the opportunity to see many sides of who he is—his easygoing nature,
sense of humor, and how well he treated those around him, not just as a colleague or relative, but
as a person navigating life with compassion, humility, and a strong connection to those he loves.

Patrick has always had a presence that's hard to miss. He's a natural leader, someone people are
drawn to, not just because of his charisma, but because of the way he genuinely shows up for
others. Whether it's helping someone find a job, offering a place to stay, or giving encouragement
when someone feels like giving up, Patrick is the kind of person people turn to. And more
importantly, he's the kind of person who answers that call.

After I had my liver transplant in 2014, Patrick was the first person to offer me a job that allowed
me the space to continue healing while also helping me re-enter the workforce. He didn't see me
as limited; instead, he saw value and strength in me that I didn't fully see in myself at the time.
He challenged me—not to be difficult, but to help me grow. In doing so, he became not just a
boss, but a mentor.

The knowledge, confidence, and experience I gained while working with Patrick will be treasure
for the rest of my life. That opportunity was a turning point for me, and it speaks volumes about
the kind of man Patrick is: someone who believes in people and helps them rise. His impact
extends far beyond our family—he's been a steady source of guidance and support for so many
who didn't have anyone else to turn to.

He's not perfect—none of us are—but what I admire is his willingness to take responsibility and
his desire to grow. His ability to connect, support, and inspire people has always been at the core
of who he is.

I'm aware that Patrick has accepted responsibility and pleaded guilty, and I fully understand the seriousness of this moment. My intention in writing is not to overlook any part of that, but simply to share the other side of who he is—the part that those closest to him have witnessed over the years.

Patrick is not someone who takes the easy way out. He's someone who learns, grows, and genuinely wants to do better—not just for himself, but for those who love him and depend on him. He has always carried a quiet strength and a heart for helping others, even when navigating his own challenges. I truly believe that, given the chance, he will use this experience as a turning point.

With humility and hope, I ask that Your Honor take into consideration the man Patrick has been to his family and community, and extend as much leniency as possible in his sentencing. I know he has more to offer this world, and I—and many others—will be here to support him every step of the way.

Sincerely,

Kristin Burney

Inkster, MI 48141

The Honorable Linda V. Parker
United States District Court Judge
231 W. Lafayette
Detroit, MI 48226

**RE: Character Reference for Mr. Patrick Wimberly**

Dear Judge Parker,

My name is LaGina Washington, and I write to you with great sincerity as both a former Inkster City Councilwoman and the fiancée of Mr. Patrick Wimberly. I am deeply grateful for the opportunity to share a personal and honest reflection of the man I know not just as a man facing federal sentencing , but as a devoted son of Inkster, a selfless community leader, and a God-fearing man with a heart committed to redemption.

Patrick and I first met through our shared service to the City of Inkster. Long before I joined the City Council in 2020, I heard countless stories about his extraordinary dedication to our community. He earned widespread respect as the youngest Mayor Pro Tem in Inkster's history. He was instrumental in bringing the Western Wayne Family Health Center to the city, expanding access to essential healthcare. As Inkster's first dispensary owner, he also played a key role in revitalizing our local economy. Patrick led with authenticity, compassion, and an unwavering belief that true leadership must reflect the community it serves.

His journey, however, did not begin in privilege or power. Patrick was raised by a mother who struggled with addiction. He grew up facing the harsh realities that too many young Black men experience in underserved communities. But rather than be consumed by those odds, Patrick rose above them. He transformed his pain into purpose. As Transportation Director for the Inkster School District, he mentored youth, offering them the very hope he once searched for. He became the adult he once needed a safe, encouraging presence for young people navigating difficult circumstances.

What first drew me to Patrick was his heart his deep love for others, his selflessness, and his unwavering faith in God. He lives daily by the principle *"What would Jesus do?"* and I have seen him answer that question through action. He organized community wide cleanups, fireworks displays, and summer festivals. He hosted massive Easter egg hunts, marshmallow drops, and back to school backpack giveaways. He gave the children of Inkster their first true carnival and worked to reopen the community skating rink to provide youth with safe and joyful spaces. Every holiday  whether it was Thanksgiving turkey drives or Christmas coat and toy giveaways Patrick gave of himself to others without hesitation. He was a light in so many lives, including mine.

Your Honor, I recognize the seriousness of the charges before the Court. Patrick has made mistakes. But I ask that you look beyond the surface and consider the totality of who he is. He is not a headline or a statistic. He is a man of deep faith, compassion, and commitment to others a man who stood for his community long before he needed others to stand for him. He continues to grow, to reflect, and to strive to be better. He has shown remorse and taken accountability, and he still has so much more good to offer the world.

Patrick is an essential part of my life. We are building a future together, including plans to start a family. He supports me in my pursuit of law school and my dream of one day serving as a judge. He uplifts me spiritually, emotionally, and morally. He has taught me how to love deeply, give generously, and believe that even the most difficult beginnings can lead to beautiful outcomes. His presence in my life has made me stronger and his presence in our community has done the same for countless others.

This letter is not written to excuse his missteps, but to illuminate his heart, his history, and his humanity. I pray that my words will move your heart the way Patrick has moved mine. I respectfully ask that you consider his lifelong service, the lives he has touched, and the undeniable value he still holds as a member of our society.

Patrick's story is one of resilience and growth, and I believe he still holds the potential to make meaningful contributions not only to my life, but to a community that continues to see the good in him.

Thank you, Your Honor, for your time, your compassion, and your consideration.

With deepest respect and hope,

**LaGina Washington**
Former Inkster City Councilwoman
Fiancée of Patrick Wimberly
██████████████

Inkster, MI 48141
██████████

Dear Judge Parker,

My name is Layla Wright, and I am a Service specialist with the State of Michigan working with Young Adults ageing out of the foster care system, Child protective Services and Adult Services with individuals with different needs.

Mr. Wimberly is a very devoted person to the community, mentoring the young men in Wayne County/Inkster community MI assisting with job readiness, finding homes for young males aging out of the system, and assisting with getting in college. He has pointed a lot of specialists in the right direction when trying to navigate how to get our young males on the right path with finding employment, school enrollment, and housing which is a big thing with our foster youth aging out of the foster care system. He has specifically helped me with a very troubled young male who was on the wrong path. This young man now owns his own business as a fitness trainer, training individuals for marathons, general fitness and sports adventures. He really cares about the community and individuals in the community and will continue to do so.

Regarding sentencing, I am aware that Mr. Wimberly pleaded guilty, however with his help in the community and all he does, I would request the lenient sentence as possible as his character speaks volumes within the community. He is a very positive member of the society, and his presence is absolutely needed.

Respectfully,

Layla Wright

█████████████

██████████████, Saint Clair Shores MI 48080

Honorable Linda V. Parker
United States District Court Judge
231 W. Lafayette
Detroit, MI  48226


Dear Judge Parker:


My name is Melissa Brown.  I was employed as a First-Grade teacher in the Southfield
Public School district until my retirement in 2021.  I was born in Inkster and attended
Inkster Public Schools.  I graduated from Inkster High and was the Homecoming Queen.
Now I reside in Southfield.  I've known Patrick Wimberly, (family nickname Butter) for all his
life, which is 51 years.

He is my oldest nephew out of 32 nieces and nephews.  His mother Patricia Wimberly is my
older sister.  She passed away several years ago.  She raised Patrick and his twin brothers
as a single parent.  Patricia instilled in them to be independent and strong young black
men.  Even as a child, Patrick was a role model for his younger brothers.  He started out
singing in the choir at the St. John's Missionary Baptist church, then entering talent shows
at his high school; the Malcolm X Center in Inkster and finally travelling to New York City
with his family to be a contestant at the Famous Apollo theatre.  Seeing my nephew singing
at the Appollo will forever be a special memory of mine.

Patrick is always such a gentleman.  He would make sure he opened the car door for me
when I came to visit.  He always addresses his seniors as "Yes Ma'am" and "Yes Sir."
Patrick would visit his widowed Aunt Jean at her home and take us out for lunch.  He would
check on her on a regular basis.  She's no longer with us, but she would always brag about
him to her neighbors up in Grass Lake because of his accomplishments.

I can remember when he was a bus aide for Star Fish Family services and moved up to Bus
driver and then became Director of Transportation.  I knew that he would be successful
because of his strong will and determination.  He has so much love for his grandmother,
who is my mother.  Her name is Pearl Barden. She is turning 95 years old in August.  Patrick
has been with his grandmother most of his life.  He calls her moma.  They have been a
support system for one another since I can remember.   Lastly, Patrick is a wonderful
Grandfather and Father to his three adult children.  I recently attended his daughter's Priya
Open House.  She is attending Jackson State University in the fall.

Patrick is good hearted person.  He is so remorseful for the actions he took.  He recognized the mistakes he made as the Mayor of Inkster and he pleaded guilty to them.  I'm asking you to give Patrick a lenient sentence.  He has made such a difference in the City of Inkster, and in his family and friend's lives.  Patrick has so much potential to be a positive member of society.

Sincerely,

Melissa Brown

███████████████████

Southfield, MI  48034

███████████████

Trina R. Hill
IHSACRC INC.
5676 Rex Mill Dr
Rex GA. 30273
404 839-8167


Honorable Linda V. Parker
United Stated District Court Judge
231W. Lafayette
Detroit MI. 48226


June 27, 2025


Dear Judge Parker


My name is Trina Renee Hill, and I am writing you today on behalf of the Inkster High School All Class Reunion Committee regarding the character and the amazing Man, Brother, and leader I know as Patrick Wimberly, However, I would like to tell you how I have come to know Mr. Wimberly personally.  I moved from the Inkster area, in 2007, and have been in Georgia ever since.  I founded the Inkster High School All Class Reunion in 2015 when our beloved High School was demolished in 2014.  There were so many broken hearts in my community, including mine, and Patrick Wimberly.

Later on, around 2019, I saw that Patrick Wimberly was running for Mayor, and to be honest, I was hoping the other candidate who was running against him for the seat would win, but I was only hoping for Mr. Williams's success because he was my dear and long-time friend, truth is he (Mr. Williams) was better at assisting, rather than leading. Around the same year that Mr. Wimberly won the race, was the same year my alumni committee and myself made a request to move our reunion from Inkster Park to the grounds where our Al Ma Mater once stood, and we had to go through the city of Inkster. That's when I began to understand what kind of man Patrick Wimberly was.

There were many hurtles to jump, in the process of trying to pull off our All Class Reunion and have it on the grounds where Inkster High School once stood, and I found Mr. Wimberly to be the most understanding and compassionate leader I had ever met.  He was so driven to pull the entire city back together. He didn't just push us over the hurtles, he taught us about the policies in place and what to do to succeed.  When I left the city, I had lost all hope for my community, to the tune of never coming back to it, but with this Mayor, Mayor Patrick Wimberly, my enthusiasm, my thoughts, my energy and my hope for the city of Inkster, knew no bounds.

Not only did I find Mr. Wimberly to be a caring man, but I found him to be honest, committed, faithful and God fearing. I was pleasantly surprised at first, and then I noticed that he had become a person that the entire city of Inkster could rely on. He became like a little brother to me. Someone who you didn't have to jump through hoops to have a conversation with. It would surprise my flight attendant co-workers every time I would say, "I am on the phone with the Mayor of my hometown"

 Mr. Wimberly made everyone on my team, and all alumni, young and old, feel respected and like they deserved to be heard. One of my biggest admirations about Patrick was that he was always the same, even while serving the city, there was nothing fake about him. He didn't take on the life of a celebrity as many people in politics and high positions do. He was in the dirt right with us all trying to build a city back up, that has been torn down since the drug infestations of the 1980s. He felt hurt when the city hurt, or when a life was taken, you could not only see it in his face, but you could feel it and hear it in his voice when he would vent about it.

Mr. Wimberly has been an assessable, reliable, and a highly respected person in my life and our entire community. The city misses him terribly, I know because over 3,000 Inkster Alumni and their friends and family from different cities and states participate in our reunion every year, and I hear them speak about how they miss him and how "whatever he did to get himself into this situation, he probably did it trying to help the city" with that being said, it is my opinion that he would do better to serve his time, servicing the community he loves so much.

Respectfully,

Trina Renee Hill, BSH, MSL