UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                                CR. NO. 23-50936
     Plaintiff,          HON. LINDA PARKER

v.

PATRICK WIMBERLY

     Defendant.
_____/

# Exhibit "B" Letter from Patrick Wimberly

# Patrick A. Wimberly
<span style="background:black">▮▮▮▮▮▮▮▮</span> Inskter MI 48141

To the Citizens of Inkster,

There are moments in life that require deep reflection, humility, and the courage to face those we've let down. Today, I write you not as a former mayor, but as a fellow citizen, a flawed man who made serious mistakes and must now live with the weight of those actions.

During my time in office, you entrusted me with a sacred duty — to lead with integrity, to serve without self-interest, and to put the needs of our community above all else. It was an honor to be given that trust, and it is a trust I broke. I crossed a line that should never be crossed, and in doing so, I failed you.

I won't make excuses. What I did was wrong. It was a betrayal of your faith in me, and it tarnished not only my name but the dignity of the office I held and the city we all love. For that, I am deeply sorry.

To the hard-working families, to the young people who looked up to me, to the elders who have seen this city through its hardest times — I apologize from the bottom of my heart. I allowed personal weakness and poor judgment to outweigh my responsibility to you, and I am committed to accepting the consequences of my actions.

This letter isn't an attempt to seek sympathy. It is an attempt to acknowledge the hurt I caused and to begin the slow, necessary work of making amends. I know trust cannot be rebuilt overnight, and perhaps for some of you, it never will be — but I want you to know that I will spend the rest of my life trying to give back in any way I can, even if it's from outside the public eye.

Inkster is a resilient city. You've endured more than most — economic hardship, neglect, broken promises — and yet, you still stand strong. You still believe in the power of community. That's what makes this city beautiful. And that's what makes my failure so heavy to bear.

I hope that in time, my remorse will speak louder than my wrongdoing. I hope to one day be seen not only for my mistakes, but for the growth that came after them.

I ask for your forgiveness, not because I deserve it, but because I want to be better — for myself, and maybe, one day, for you.

With regret, humility, and a sincere heart,

Former Mayor of Inkster