UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                               CR. NO. 23-50936
      Plaintiff,          HON. LINDA PARKER

v.

PATRICK WIMBERLY

      Defendant.
_____/

# Exhibit "D" Video Transcript

# United States v. Wimberly, 23-20562
# Transcript of Sentencing Video

**Calvin Hayes, Inkster Community Member**
00:00:00:05 - 00:00:03:17
If I can sum Patrick up in one word,

00:00:05:10 - 00:00:06:21
genuine.

00:00:06:21 - 00:00:11:08
He's younger than I,
but I always called him in some regards

00:00:11:09 - 00:00:14:09
my big brother and my mentor.

**Ruthie Williams, Inkster Community Organizer**
00:00:14:09 - 00:00:17:08
I say he's the type of guy
who'll give his shirt off his back,

00:00:17:08 - 00:00:21:13
you know, and I've seen him do that
when people needed food,

00:00:22:03 - 00:00:25:03
he made sure that families got fed.

00:00:25:03 - 00:00:27:18
If you took it to him, it's gonna happen.

00:00:28:02 - 00:00:28:20
It's gonna happen

00:00:28:20 - 00:00:32:00
because the fact that he believed
that if you came to him,

00:00:32:00 - 00:00:35:23
I guess it was in his heart to say
that I got to make this happen,

00:00:35:23 - 00:00:37:17

1

so he made it happen.

**Antonio Wimberly, Brother of Patrick Wimberly**
00:00:37:20 - 00:00:40:20
My relationship to Patrick,

00:00:41:02 - 00:00:43:04
he's my older brother.

00:00:43:04 - 00:00:46:04
Also kind of like a father figure.

00:00:46:08 - 00:00:48:20
He kind of grew up taking care of us
as well,

00:00:48:20 - 00:00:50:17
me and my twin brother.

00:00:50:17 - 00:00:53:18
Unfortunately, with mom,
we can kind of do what we want to do

00:00:54:04 - 00:00:56:01
and Patrick wasn't having that.

00:00:56:01 - 00:00:59:10
And so he, that was,
he kind of took that as his job.

00:00:59:10 - 00:01:01:16
Our dad wasn't around

00:01:01:16 - 00:01:06:12
so he kind of took that as his job to
make sure we were doing the right things.

00:01:06:12 - 00:01:09:18
Going to school, getting good grades and

00:01:09:22 - 00:01:11:00
he still was big brother,

00:01:11:00 - 00:01:12:11
so he still let us have fun,

2

00:01:12:11 - 00:01:16:20
And but he didn't let us, get out of hand
or he didn't want us to get in

00:01:16:20 - 00:01:18:04
any type of trouble.

**Sequan Lumpkin, Inkster Community Member**
00:01:18:04 - 00:01:22:14
When my father passed, you know,
he was a community leader.

00:01:22:19 - 00:01:25:09
He was everybody's,

00:01:25:09 - 00:01:26:12
everybody's somebody.

00:01:26:12 - 00:01:28:20
He was what I would call the emergency
button.

00:01:28:20 - 00:01:32:10
And, when he passed,
Patrick came straight to me.

00:01:32:10 - 00:01:35:07
He pulled up to my house, and he told me,
he said,

00:01:35:07 - 00:01:37:20
you know, your father was my brother.

00:01:38:05 - 00:01:40:06
He told me how special you were.

00:01:40:06 - 00:01:43:17
And whatever I could do
to make sure that light shone on you.

00:01:44:06 - 00:01:46:06
I see you and you got help.

**Calvin Hayes, Inkster Community Member**
00:01:48:01 - 00:01:51:16
For years I ran the summer youth camp

3

for at risk youth.

00:01:52:05 - 00:01:54:07
And I remember, Mr.

00:01:54:09 - 00:01:59:01
Wimberly coming over to the programs on
several occasions, volunteering his time.

00:01:59:17 - 00:02:03:14
And, and one of the things that I found
that was really amazing

00:02:03:22 - 00:02:06:01
is when he told his story.

00:02:06:01 - 00:02:09:04
You know, how sometimes in life
we have different things we rather

00:02:09:04 - 00:02:10:11
people not know?

00:02:10:11 - 00:02:13:03
But he began to
share with the young people.

00:02:14:03 - 00:02:14:18
Being a young

00:02:14:18 - 00:02:19:10
person growing up, I believe at one time
being homeless, staying in his car

00:02:20:04 - 00:02:23:04
and I just seen the impact

00:02:23:09 - 00:02:28:05
on those young people's lives, of
just hearing him mentioning those things.

00:02:28:16 - 00:02:33:19
And, for me, I said, wow,
this is a person that,

00:02:34:09 - 00:02:40:20

4

is a very transparent, someone that's open
and, willing to share.

00:02:41:05 - 00:02:44:05
And so I just remember
saying to myself, man,

00:02:44:05 - 00:02:46:02
I want to be like that.

**Denard Shaw, Former Inkster City Council Member**
00:02:46:02 - 00:02:47:04
To speak to his character

00:02:47:04 - 00:02:49:01
and what I have observed of Mr.

00:02:49:01 - 00:02:54:11
Wimberly is, a person of true passion
for the community,

00:02:54:17 - 00:02:58:06
And I think that that passion
that he has it, it spills over,

00:02:58:18 - 00:03:02:23
you know, people connect with that
and they are a part of that.

00:03:03:11 - 00:03:07:08
And to see that, you know,
this is a person of passion,

00:03:07:17 - 00:03:12:06
this is a person who really loves their
community and wants to really do good for it.

**Patrick Wimberly**
00:03:12:20 - 00:03:14:20
Inkster's done
so much for me,

00:03:14:20 - 00:03:20:01
is just like having an opportunity
to give back as a servant,

5

00:03:20:14 - 00:03:24:04
first of all, was like
the most humbling experience of my life.

00:03:24:19 - 00:03:27:07
Inkster has so many issues

00:03:27:08 - 00:03:29:13
as it relates to housing,

00:03:29:15 - 00:03:33:08
foreclosures, crime, poverty.

00:03:33:08 - 00:03:38:12
We have so many things that we have
to deal with just on a regular basis.

00:03:38:21 - 00:03:42:14
For me,
it's like I needed to be the beacon.

00:03:42:21 - 00:03:46:17
I needed to be the mayor
that, you know, had hope.

00:03:46:17 - 00:03:48:00
Like, you know when

00:03:48:00 - 00:03:51:02
Jesse Jackson says like the hope, you know,
the hope dealer?

00:03:51:02 - 00:03:52:09
Like, I was the hope.

00:03:52:22 - 00:03:54:20
One of the goals
that I, you know, see him

00:03:55:03 - 00:03:59:02
really being passionate about was the,
senior wellness center.

00:03:59:22 - 00:04:03:03
To give them a place
where they can call their own.

00:04:03:16 - 00:04:07:07
When I was on city council,
I had vowed that we would actually have

00:04:07:07 - 00:04:11:07
a city, place
for the seniors to be able to go

00:04:11:07 - 00:04:14:07
and be able to have activities
and not only have activities, but

00:04:14:07 - 00:04:18:00
actually be able to have a place where,
you know, the doctors can come in and,

00:04:18:09 - 00:04:22:00
facilitators with rehab and stuff
like that could come

00:04:22:00 - 00:04:25:21
in, but also too, they could have different activities
for, you know,

00:04:25:21 - 00:04:30:00
crocheting, senior exercise, workouts,
all that different type of stuff.

00:04:30:01 - 00:04:31:23
They would have their own place.

00:04:31:23 - 00:04:36:16
As the mayor, I had the opportunity
to kind of pick back up my work

00:04:36:17 - 00:04:40:10
that I started in 2008
with a group of seniors in the city.

00:04:40:17 - 00:04:43:03
With the help of,
Congresswoman Rashida Tlaib,

00:04:43:03 - 00:04:47:12
we got federal funding,

7

in the amount of $2.5 million

00:04:47:12 - 00:04:51:06
and the mayor
now just broke ground on it.

**Ruthie Williams, Inkster Community Organizer**
00:04:51:11 - 00:04:54:11
We had a meeting with the seniors,
and he told the seniors that

00:04:55:08 - 00:04:57:23
you guys gonna
have a place to call home now.

00:04:57:23 - 00:05:00:10
It's one of the things that he said
was going to happen

00:05:00:10 - 00:05:01:20
it happened, you know.

**Denard Shaw, Former Inkster City Council Member**
00:05:03:04 - 00:05:06:02
Our summer
fest, you know, was kind of cut short

00:05:06:11 - 00:05:10:17
because of financial difficulties
that we have had in the city or Inkster.

00:05:11:19 - 00:05:13:02
And to watch Mr.

00:05:13:02 - 00:05:14:12
Wimberly wanted to bring that back.

00:05:14:12 - 00:05:17:04
And, I think that was one of his, down
through the years,

00:05:17:04 - 00:05:20:04
I remember, you know, him
being on the Summerfest committee.

00:05:20:15 - 00:05:24:07

8

And I think that was one of
his babies,

00:05:24:07 - 00:05:24:16
I think.

00:05:25:09 - 00:05:27:01
To see that come back

00:05:27:01 - 00:05:30:05
and to see the people's faces

00:05:30:05 - 00:05:34:22
and how they were smiling and happy and,
you know, really,

00:05:35:03 - 00:05:40:02
had that, positive energy
in the city of Inkster back again.

**Sequan Lumpkin, Inkster Community Member**
00:05:40:10 - 00:05:44:15
The whole community gets together
and we all eat food, we listen to music,

00:05:44:15 - 00:05:47:15
we jam out,
we buy stuff from each other, you know,

00:05:47:15 - 00:05:49:09
and it goes back into the community.

**Ruthie Williams, Inkster Community Organizer**
00:05:49:09 - 00:05:52:13
The community
itself embraced the summer fest.

00:05:52:23 - 00:05:56:02
They thought that was one of the better
things that happened in our community

00:05:56:16 - 00:05:59:02
over 50 years.

00:05:59:02 - 00:06:01:02
You know, people came from everywhere.

9

00:06:01:02 - 00:06:02:13
People came from out of town.

00:06:02:13 - 00:06:05:16
It was very, very successful
for the community.

**Patrick Wimberly**
00:06:05:20 - 00:06:08:06
When I took office in the city of Inkster,

00:06:08:06 - 00:06:11:20
I wanted to number one,
clean the city up.

00:06:12:01 - 00:06:13:19
That was the most important thing for me.

00:06:13:19 - 00:06:15:19
And not saying clean the city
up as it relates to crime

00:06:15:19 - 00:06:19:11
or anything like that,
but just clean the city up because

00:06:20:00 - 00:06:23:10
through my time, like a being,
you know, working at the school district,

00:06:23:10 - 00:06:27:17
working for the health center,
working for Starfish Family Services,

00:06:28:00 - 00:06:30:18
I saw so many different angles

00:06:30:18 - 00:06:35:01
and I realized that Inkster
is just like any other community.

00:06:35:01 - 00:06:37:23
We don't need big building.
You don't need to build big buildings.

00:06:37:23 - 00:06:39:08
This is not downtown Detroit.

00:06:39:08 - 00:06:41:18
You know,
you don't need anything like that.

00:06:41:18 - 00:06:43:17
You just need to clean up what you have.

00:06:44:13 - 00:06:48:14
So number one,
I wanted to clean up the landscape

00:06:48:17 - 00:06:53:14
by affecting change through the actual
people themselves, giving them pride.

00:06:53:15 - 00:06:54:17
You know, letting them know.

00:06:54:17 - 00:06:57:00
Listen. Inkster's safe.

00:06:57:00 - 00:06:58:13
Inkster's clean.

00:06:58:13 - 00:07:00:01
Inkster's accessible.

00:07:00:01 - 00:07:02:20
So clean, safe, accessible.

00:07:06:03 - 00:07:11:17
in this area, it's all known for dumping,
all types of dumping.

00:07:11:17 - 00:07:14:17
I mean, you know,
we found bodies over here.

00:07:15:17 - 00:07:18:15
You know, dead animals, trash.

00:07:18:15 - 00:07:22:19
People come from other communities

11

to dump into this area.

00:07:23:04 - 00:07:26:17
So when we look at this whole, like,
this whole landscape,

00:07:26:17 - 00:07:31:19
we were trying to sell the property
and actually put something in

00:07:31:19 - 00:07:36:18
that would be useful not only for,
the community, but two, for outside

00:07:36:18 - 00:07:40:04
people coming in because we wanted it
to be like our industrial road.

00:07:40:11 - 00:07:44:08
Right here at Hickory Street,
this is where the property starts.

00:07:45:03 - 00:07:46:10
Doing this project,

00:07:46:10 - 00:07:50:16
it would have just changed
so many lives in the city of Inkster.

00:07:51:09 - 00:07:54:12
Right down the street to the right
is where my grandmother lives,

00:07:54:12 - 00:07:55:16
down Moore street.

00:07:55:16 - 00:07:58:06
She's been living here since 1944.

**Pearl Barden, Patrick Wimberly's Grandmother**
00:08:02:05 - 00:08:03:12
Patrick is a person

00:08:03:12 - 00:08:05:13
that draws people to him.

00:08:05:13 - 00:08:06:22
He's not a troublemaker.

00:08:06:22 - 00:08:09:22
He'll do anything he can for

00:08:10:13 - 00:08:14:10
Not for me,
not only for me, but anyone that,

00:08:15:12 - 00:08:18:13
he did a whole lot, at Christmas

00:08:18:13 - 00:08:21:13
and Easter and

00:08:21:19 - 00:08:23:08
Thanksgiving.

00:08:23:08 - 00:08:25:04
He was a good mayor

**Patrick Wimberly**
00:08:30:17 - 00:08:32:07
With this particular

00:08:32:12 - 00:08:33:15
opportunity

00:08:33:15 - 00:08:37:17
that I thought I had before me,
like in my heart of hearts,

00:08:37:17 - 00:08:42:06
I knew that it would change the landscape
of the city.

00:08:42:13 - 00:08:47:03
If I could have built that over there,
like really built it and built the houses

00:08:47:03 - 00:08:50:17
like I was talking about and the apartments,
and all this, it had the mixed use stuff

00:08:50:17 - 00:08:54:15

13

going on in that area, the synergy
that that would have caused and bringing

00:08:54:15 - 00:08:58:18
so many more people into that area
to actually flush out into this community,

00:08:59:01 - 00:09:02:01
it'll just start to elevate
and build a community.

**Antonio Wimberly, Brother of Patrick Wimberly**
00:09:02:08 - 00:09:05:01
We were at church
one Sunday, and after church,

00:09:05:01 - 00:09:10:01
he said he need to talk to us, and,
he sat me and my twin brother down, and,

00:09:10:17 - 00:09:15:05
he he shared everything with us, and,
you know,

00:09:15:20 - 00:09:18:13
he admitted how he was wrong and,

00:09:18:13 - 00:09:22:03
not trying to make any excuses,
not trying to point the fingers

00:09:22:03 - 00:09:23:05
at anybody else.

00:09:23:05 - 00:09:25:04
That says a lot about you.

00:09:25:04 - 00:09:26:21
and that's why to this day,

00:09:26:21 - 00:09:30:13
people still want to follow him,
because I did wrong,

00:09:30:18 - 00:09:32:22
I'm not saying nobody else did it.

14

00:09:32:22 - 00:09:34:22
And I'm just looking to move forward.

00:09:34:22 - 00:09:37:18
I love that about him.

00:09:37:18 - 00:09:41:01
And, that means a lot to me to see.

**Calvin Hayes, Inkster Community Member**
00:09:41:07 - 00:09:42:18
From a personal perspective,

00:09:42:18 - 00:09:46:08
I have to be honest,
I was very devastated.

00:09:46:17 - 00:09:48:00
I was looking for Mr.

00:09:48:00 - 00:09:52:00
Wimberly to be our mayor for the next
maybe eight more years, or better.

00:09:53:00 - 00:09:54:02
And,

00:09:54:02 - 00:09:57:02
I was very hurt once I came to understand

00:09:57:15 - 00:10:01:11
and talking to so many different people
throughout the community,

00:10:01:19 - 00:10:04:09
the whole community was

00:10:05:13 - 00:10:08:07
kind of in pain because,

00:10:08:07 - 00:10:12:03
one thing
I heard a few of our seniors always,

00:10:12:03 - 00:10:15:07

15

refer to Patrick as Inkster son.

00:10:16:04 - 00:10:19:10
And so as a son of this community,

00:10:20:03 - 00:10:22:10
you know,
when one of your children is hurt

00:10:22:10 - 00:10:27:03
or get in trouble
or everyone felt that pain, and,

00:10:27:03 - 00:10:31:12
like a parent, you know, you almost wish
you can just remove it and take it away.

00:10:31:22 - 00:10:34:22
But the one good thing that I loved,

00:10:35:01 - 00:10:37:14
I had never seen anyone

00:10:37:14 - 00:10:40:05
change their position towards them.

00:10:40:05 - 00:10:43:05
Everyone seemed like
they came to love him more

00:10:43:10 - 00:10:46:10
and was willing to stand by him

00:10:46:19 - 00:10:49:14
and help them through this situation.

00:10:49:14 - 00:10:53:07
And,
as we all know, people do make mistakes.

00:10:53:17 - 00:10:58:02
And, but the most important thing
is how we deal with it.

00:10:58:12 - 00:10:59:22
During that era,

16

00:10:59:22 - 00:11:02:22
he decided to have a community speak out

00:11:03:00 - 00:11:06:00
and from that platform,

00:11:06:00 - 00:11:09:00
he wanted to address the community head on

00:11:09:05 - 00:11:13:03
and was willing
to not only share the information,

00:11:13:10 - 00:11:16:12
but answer any and every question
that a person might had.

00:11:17:02 - 00:11:20:23
And I just thought
that was the person to me

00:11:20:23 - 00:11:24:03
that showed a lot of character,
wasn't trying to run

00:11:24:03 - 00:11:28:01
from a situation or hide it,
but to deal with it straight on.

**Denard Shaw, Former Inkster City Council Member**
00:11:28:09 - 00:11:31:09
He has always been truthful with me.

00:11:32:04 - 00:11:34:21
Always gave me the truth,

00:11:34:21 - 00:11:37:20
even when, you know, I might

00:11:37:20 - 00:11:42:05
of didn't like it,
but he was upfront with me all the time.

00:11:43:03 - 00:11:44:16
And that's why I'm here right now

17

00:11:44:16 - 00:11:48:13
because of his labor and his truthfulness.

**Patrick Wimberly**
00:11:49:08 - 00:11:50:08
It's not just,

00:11:51:16 - 00:11:53:12
the impact that has had on my life.,

00:11:53:12 - 00:11:56:12
it's like the life of my family

00:11:57:00 - 00:12:00:00
and my community.

00:12:00:13 - 00:12:03:13
When you do something

00:12:04:07 - 00:12:08:02
you take responsibility for it,
you know, it's just what it is.

00:12:08:02 - 00:12:09:14
No matter if it's good or bad,

00:12:09:14 - 00:12:10:21
you supposed to

00:12:10:21 - 00:12:13:08
that's how I was raised. Like you did it.

00:12:13:08 - 00:12:14:02
You said you did it.

00:12:14:02 - 00:12:16:00
You admit it.
It is what it is. Okay.

00:12:16:06 - 00:12:18:22
But I would,

00:12:18:22 - 00:12:22:03
man, it was a terrible choice.

00:12:22:03 - 00:12:23:22
Life changing.

00:12:23:22 - 00:12:26:12
Life changing, for sure.

00:12:26:12 - 00:12:29:00
It's taught me some real lessons

00:12:29:00 - 00:12:31:13
and some harsh realities to, you know

00:12:31:13 - 00:12:33:11
It's been tough.

00:12:36:07 - 00:12:37:13
It's been tough.

00:12:37:13 - 00:12:40:10
But you know, that's what real men do.

00:12:40:10 - 00:12:43:04
You be accountable
for your actions.